FILED
9/13/2026
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JONATHAN HUNTER KRAMER | Magistrate No. 26-1518 |

ORDER

AND NOW, to wit, this 13th day of September, 2026 upon consideration of the Motion for Arrest Warrant based upon a Criminal Complaint, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

It is further ORDERED that an Arrest Warrant shall issue for the apprehension of defendant, JONATHAN HUNTER KRAMER.

Bond shall be set by the United States Magistrate Judge.

HONORABLE MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

cc: United States Attorney