IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JONATHAN HUNTER KRAMER | Magistrate No. 26-1518 |

MOTION FOR ARREST WARRANT
BASED UPON A CRIMINAL COMPLAINT

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, United States Attorney for the Western District of Pennsylvania, and Brendan J. McKenna, Assistant United States Attorney for said District, and, pursuant to Rule 4 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant, JONATHAN HUNTER KRAMER, upon the grounds that a Criminal Complaint has been made under oath in the above-captioned criminal case, establishing probable cause that the defendant committed violations of Title 18, United States Code, Section 924(h).

Recommended bond: Detention

Respectfully submitted,

TROY RIVETTI
United States Attorney

By: *s/Brendan J. McKenna*
BRENDAN J. McKENNA
Assistant U.S. Attorney
PA ID No. 314315