AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Pennsylvania

United States of America
v.

JONATHAN HUNTER KRAMER

*Defendant*

Case No. 26-mj-1518

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JONATHAN HUNTER KRAMER,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ☑ Complaint
❒ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

Receipt or Transfer of a Firearm or Ammunition Knowing or Having Reasonable Cause to Believe that Such Firearm or Ammunition Will Be Used to Commit a Felony or a Federal Crime of Terrorism, in violation of Title 18, United States Code, Section 924(h).

Date: 09/13/2026

_______________________
*Issuing officer's signature*

City and state: Pittsburgh, Pennsylvania

Honorable Maureen P. Kelly, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* ____________ , and the person was arrested on *(date)* ____________
at *(city and state)* ____________ .

Date: ____________

_______________________
*Arresting officer's signature*

_______________________
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: ______

Known aliases: ______

Last known residence: ______

Prior addresses to which defendant/offender may still have ties: ______

Last known employment: ______

Last known telephone numbers: ______

Place of birth: ______

Date of birth: ______

Social Security number: ______

Height: ______ Weight: ______

Sex: ______ Race: ______

Hair: ______ Eyes: ______

Scars, tattoos, other distinguishing marks: ______

History of violence, weapons, drug use: ______

Known family, friends, and other associates *(name, relation, address, phone number)*: ______

FBI number: ______

Complete description of auto: ______

Investigative agency and address: ______

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: ______

Date of last contact with pretrial services or probation officer *(if applicable)*: ______