# RECORD OF INITIAL APPEARANCE BEFORE MAGISTRATE JUDGE

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE'S DOCKET NO. 2:26-mj-1518 |
| vs | DATE OF COMPLAINT 9/13/26 |
| | CRIMINAL DOCKET NO. |
| Jonathan Hunter Kramer | DATE OF INDICTMENT |
| | ORIGINATING DISTRICT (if applicable) |

DATE ARRESTED: 9/15/26

INITIAL APPEARANCE

Presiding Magistrate Judge:

- [ ] BROWN
- [ ] KELLY
- [ ] PESTO
- [x] DODGE
- [ ] LANZILLO
- [ ] TAYLOR

Date: 9/14/26 CD # ______

Time: 2:42 pm - 2:46 pm Court Reporter: none

U. S. ATTORNEY: Brendon McKenna INTERPRETER: none

1. RIGHTS EXPLAINED

- [ ] Defendant orally consents to proceeding by video conference or teleconferencing because video conferencing is not reasonably available
- [x] Government orally advised of obligations, pursuant to Brady v. Maryland and the Due Process Protections Act.

2. COMPLAINT/INDICTMENT/INFORMATION

- [ ] Read
- [x] Summarized
- [x] Reading waived
- [ ] Defendant provided with a copy of the charges
- [x] Defendant to be provided with a copy of the charges as soon as possible

3. ACT & PENALTIES

- [ ] Read
- [x] Summarized
- [ ] Reading waived

4. COUNSEL

- [x] Defendant requested appointment
- [ ] Defendant waived appointment
- [ ] Defendant represented by: Jake Morrison
- [ ] Defendant expects to retain:
- [x] Affidavit executed.
- [ ] Not Qualified
- [x] Qualified
- [ ] With possible requirement for partial or full payment
- [x] Federal Public Defender appointed
- [ ] CJA Panel Attorney ______ appointed

5. BAIL

Recommended Bond: Detention

Bond Set at: ______

- [ ] By Consent
- [ ] Additional Conditions Imposed: ______
- [ ] By Magistrate Judge
- [x] Temporary Commitment issued
- [ ] Final Commitment issued

Bond/Detention Hearing set for: Waived

6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT

Preliminary Exam/~~Rule 40/Arraignment set~~ for: 9/16/26 at 9:30 am before Magistrate Judge Dodge.