**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA )
)
vs ) Criminal Case No. 2:26-mj-1518
)
Jonathan Hunter Kramer )

**WAIVER OF DETENTION HEARING**

I understand that I have the right to a detention hearing in connection with the federal charges that have been brought against me.

I hereby waive my right to a detention hearing at this time reserving the right to request a detention hearing if and when the issue becomes relevant.

SIGNATURE OF DEFENDANT

DATE: 9/14/2026

COUNSEL FOR DEFENDANT

**ORDER OF DETENTION**

AND NOW, this 14th day of September, 2026,

IT IS HEREBY ORDERED that the government's request for detention is GRANTED pending further consideration if and when the issue of bail becomes relevant.

PATRICIA L. DODGE
United States Magistrate Judge