**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) Criminal No. 2:26-mj-1518
)
Jonathan Hunter Kramer )
)
)
Defendant.

**ORDER SCHEDULING PRELIMINARY HEARING**

A preliminary hearing is scheduled as follows:

| | |
|---|---|
| Place:<br><br>Joseph F. Weis, Jr. United States Courthouse<br>700 Grant Street<br>Pittsburgh, PA 15219 | Courtroom: 9A<br><br>Judge: Dodge<br><br>Date and Time: 9/16/26 at 9:30 am |

IT IS HEREBY ORDERED that pending the above preliminary hearing, Defendant shall be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

BY THE COURT:

PATRICIA L DODGE
UNITED STATES MAGISTRATE JUDGE